**1016**

Liverance & Van Antwerp, of Grand Rapids, Mich., and Arthur F. Durand, of Chicago, Ill., for appellants.

Rice & Rice, of Grand Rapids, Mich., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The decree below is affirmed upon the findings made by the District Judge and the reasons stated in his opinion.

STRUCTURAL PRESSED STEEL WHEEL COMPANY, Inc., Maurice Lachman, Laurence S. Lachman, John W. Hutchinson, Jr. and Edward Fulda, Plaintiffs-Appellants, v. BETHLEHEM STEEL COMPANY, Defendant-Appellee.

No. 51.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1938.

Murray Corrington, of New York City, for appellants.

Cravath, deGersdorff, Swaine & Wood, of New York City (Bruce Bromley, Albert R. Connelly, and George S. Collins, all of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Henry SULLIVAN, Appellant, v. UNITED STATES of America, Appellee.

No. 8867.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1938.

Ayres K. Ross, of Austin, Tex., for appellant.

W. R. Smith, Jr., U. S. Atty., and H. W. Moursund and J. M. Burnett, Asst. U. S. Attys., all of San Antonio, Tex.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Lily Ashton TROENDLE, Debtor, v. KENTUCKY JOINT STOCK LAND BANK OF LEXINGTON, KENTUCKY.

No. 7556.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1938.

D. A. Sachs, Jr., of Louisville, Ky., and Frank Rives, of Hopkinsville, Ky., for appellant.

Robert H. Hays, of Lexington, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing and counsel for appellant stating that the supplemental record filed herein indicates that the order and decree of the District Court entered September 11, 1936, should be affirmed; it is now ordered and decreed by this Court that said decree be and it is hereby affirmed.

UNITED SHOE MACHINERY CORPORATION v. VULCAN CORPORATION.

No. 7362.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1938.

Fish, Richardson & Neave, of Boston, Mass., and Bennett R. Knight, of Cincinnati, Ohio, for appellant.

Pennie, Davis, Marvin & Edmonds, of New York City, and Allen & Allen, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

■

**UNITED SHOE MACHINERY CORPORATION v. VULCAN CORPORATION.**

No. 7867.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1938.

Fish, Richardson & Neave, of Boston, Mass., and Bennett R. Knight, of Cincinnati, Ohio, for appellant.

Allen & Allen, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

■

**UNITED STATES of America, Appellee, v. Joseph and Helen BERGER, Defendants-Appellants, and Jane Doe, alias "Toots".**

No. 138.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1938.

Gilbert S. Rosenthal, of New York City (George Wolf, of New York City, of counsel), for appellants Berger.

Lamar Hardy, U. S. Atty., of New York City (Frederick Backer, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America, Appellee, v. Thomas A. HARRISON, alias George Silverman, alias F. J. Thomas, Defendant-Appellant.**

No. 118.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Thomas A. Harrison, pro se.

Lamar Hardy, U. S. Atty., of New York City (Frank H. Gordon, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 23 F.Supp. 249, affirmed.

■

**UNITED STATES of America, Appellant, v. Musetta M. LIBBY, Individually and as Administratrix de bonis non of the Estate of Elmer E. Libby, Deceased, Appellee.**

No. 9025.

Circuit Court of Appeals, Ninth Circuit.

Nov. 7, 1938.

J. Charles Dennis, U. S. Atty., F. A. Pellegrini, Asst. U. S. Atty., and George R. Stuntz, Atty. Dept. of Justice, all of Washington, D. C.

Wettrick, Flood & O'Brien, of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.